**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS

MAR 6 2013

DAVID J. MALAND, CLERK
BY
DEPUTY ___Ba___

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| MANDEL A. STOKER, | § | |
| Plaintiff | § | |
| vs. | § | NO. 2:11-CV-00214-JRG-RSP |
| STEMCO, LP, | § | |
| Defendant. | § | |

### VERDICT FORM

QUESTION NO. 1:

Do you find from a preponderance of the evidence that Defendant terminated Plaintiff because of his race?

Answer "Yes" or "No".

Answer: ___No___

*If you answered "Yes" to Question No. 1, then proceed to the following questions. If you answered "No," please go to the end of the form where the Foreperson is requested to date and sign for the unanimous verdict of the jury.*

**QUESTION NO. 2:**

What sum of money, if paid now in cash, would fairly and reasonably compensate Plaintiff for the damages, if any, you have found Defendant caused Plaintiff?

Answer in dollars and cents for the following items and none other:

Back pay:

$ _____

Emotional pain and suffering, inconvenience, mental anguish, and loss of enjoyment of life:

$ _____

**QUESTION NO. 3:**

Based on the evidence presented, do you find that Plaintiff should be awarded punitive damages?

Answer "Yes" or "No."

**Answer:** _____

*If you answered "Yes" to Question No. 3, then answer the following question:*

**QUESTION NO. 4:**

What sum of money should be assessed against Defendant as punitive damages?

Answer in dollars and cents:

$ _____

*Please go to the end of the form where the Foreperson is requested to date and sign for the unanimous verdict of the jury.*

## VERDICT

The Foreperson is requested to sign and date this document in the spaces provided below indicating this is the unanimous verdict of the jury.

_____3-6-13_____
DATE