**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| **MANDEL A. STOKER,** | § § § | |
| Plaintiff | § § | |
| vs. | § § | NO. 2:11-CV-00214-JRG-RSP |
| **STEMCO, LP,** | § § | |
| Defendant. | § § § | |

## FINAL JUDGMENT

The above-styled action came on for trial before the Honorable Rodney Gilstrap, United States District Judge, with a jury having been duly sworn, and the issues having been duly tried and the jury having rendered its verdict. Pursuant to Rule 58 of the Federal Rules of Civil Procedure and in consideration of the jury verdict delivered on March 6, 2013 and the entirety of the record available to this Court, it is hereby **ORDERED, ADJUDGED, AND DECREED** that Plaintiff Stoker ("Stoker") take nothing from Defendant Stemco, LP ("Stemco").

It is further **ORDERED** that all pending motions not previously resolved are hereby **DENIED**.

So ORDERED and SIGNED this 15th day of April, 2013.

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE